UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 02290
  MICHELLE D WEAVER
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-9794

--------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/09/06 and confirmed on 04/28/06.

    2.  The case was dismissed after confirmation, 09/14/2007.

    3.  The Debtor paid a total of $  1375.28 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS TITLE LOANS | SECURED | 1967.00 | 96.21 | 685.34 |
| ACTION PROFESSIONAL SRVC | UNSECURED | NOT FILED | .00 | .00 |
| CASH NET GLOBAL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| VIP CASH | UNSECURED | NOT FILED | .00 | .00 |
| INTERNATIONAL CASH SERVI | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 2269.61 | .00 | .00 |
| ECMC | UNSECURED | 6201.51 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 19616.81 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 1332.70 | .00 | .00 |
| TRICAP INVESTMENT PARTNE | UNSECURED | 6376.59 | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1967.00 | .00 | 35797.22 | .00 | 37764.22 |
| PRINCIPAL PAID | 685.34 | .00 | .00 | .00 | 685.34 |
| INTEREST PAID | 96.21 | .00 | .00 | .00 | 96.21 |
| TOTAL PAID | 781.55 | .00 | .00 | .00 | 781.55 |

The Debtor's attorney, DAVID M SIEGEL                  , was allowed $  3000.00
and was paid $    545.31 .

The Trustee received $     48.42 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/18/07                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
        CASE NO. 06 B 02290 MICHELLE D WEAVER
```